## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LORI MULDER, individually and on behalf of all others similarly situated, | : | No. 3:25cv151 |
| Plaintiff | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| MAXIMUS SERVICES LLC; and MAXIMUS FEDERAL SERVICES, INC., agent of Maximus, Inc. agent of BlackRock, Inc. agent of Fidelity Management & Research Co., LLC, | : : : : | |
| Defendants | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this ____ day of March 2026, for the reasons set forth

in an accompanying memorandum, it is hereby **ORDERED** that Defendants

Maximus Services LLC and Maximus Federal Services, Inc.'s motion to dismiss

plaintiff's amended complaint, (Doc. 8), is hereby **DENIED**.

BY THE COURT:

_____

**JUDGE JULIA K. MUNLEY**
**United States District Court**